EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br><br>Eddie O. Barbosa Sepúlveda | 2010 TSPR 47<br><br>178 DPR \_\_\_\_ |

Número del Caso: TS-3833

Fecha: 30 de marzo de 2010

Abogado de la Parte Peticionaria:

                Por derecho propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte


Eddie O. Barbosa Sepúlveda

3833


## RESOLUCIÓN


San Juan, Puerto Rico, a  30  de marzo de 2010.

Examinada la solicitud presentada por la Sra. Isabel R. Barbosa en representación del Lcdo. Eddie O. Barbosa Sepúlveda, se autoriza su baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo